

**ORDERED in the Southern District of Florida on December 2, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

IN RE:                               CASE NO. 14-21991-BKC-AJC
LOURDES GUTIERREZ,                   Chapter 7
Debtor.
_____ /

## ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTIONS TO CLERK

This cause having come before the Court on November 19, 2014 on the Court's Order to Show Cause Why This Case Should Not Be Discharged As The Extended Deadline Has Expired And No Reaffirmation Agreement Has Been Filed [ECF 25] and Debtor, through counsel, having appeared at the hearing, it is ordered as follows:

1. The Order to Show Cause is Discharged since the Debtor no longer wishes to reaffirm the collateral.

2. The Clerk shall reissue the Discharge of Debtor and close the case upon entry of the Debtor's Discharge.

###

Submitted By:
/s/ Robert Sanchez, Esq.
Fl Bar No. 044261
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

Attorney Robert Sanchez, is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.